UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LEONARD SLATIN,

           Plaintiff,

   - against -

FORTUNOFF FINE JEWELRY & SILVERWARE,
INC. and PENNEY WERNER, individually and as
Director of Human Resources,

           Defendants.
------------------------------------x

Case No. 07 CIV. 1267 (SCR)

**DEFENDANTS' RULE 7.1
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ("FRCP"), the undersigned counsel of record for Defendants Fortunoff Fine Jewelry & Silverware, LLC ("Fortunoff") (incorrectly named in the complaint as "Fortunoff Fine Jewelry Silverware, Inc.") and Penney Werner hereby certifies that Fortunoff has no publicly held parents, subsidiaries, or affiliates, and that no parent or publicly held corporation owns any interest in Fortunoff, as such terms are defined in FRCP 7.1.

Dated: New York, New York
       April 30, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
    James Murphy (JM-9152)
    Lisa J. Teich (LT-7528)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendants

NY:1788759v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I am attorney admitted to practice before the United States District Court of the Southern District of New York and that on April 30, 2007 I caused to be served a copy of the foregoing Defendant's Rule 7.1 Disclosure Statement, via first class mail, postage pre-paid, upon the attorney for Plaintiff and addressed as follows:

Joel Field, Esq.
Westchester Financial Center
50 Main Street
White Plains, NY 10606


Dated: April 30, 2007
   New York, New York

                       Lisa J. Teich

NY:1788759v1